5-14-15

RE: Case No. 12-15-00114-CR
Also, Case No. 12-93-00042-CR
Trial Court Case No. 11965

Style: In Re Jeffrey L. Ward

REC'D IN COU...      ...EALS
12th Court of ... District

MAY 1...

CATH...      ...SK, CLERK

Dear Clerk,

I have this date received your letter informing me that your answer to my original question is that "All filed documents in this appeal case are archived in this Court."

Since the "Evidentuary Hearing Transcript" which is the subject of the Mandamus was not filed, because No Leave to file was ever made in this Court. Then the relator is left to assume from the letter just received, that the Transcript was not archived or preserved. And is left with the assumption that the Transcript was just deposited in the trash.

Therefore, relator is presently working on the Copies for all parties involved, in the Writ of Mandamus. And after I receive a reply from this office to my assumptions, and if there correct, will mail to all parties a copy of the amended Writ of Mandamus fullfilling the requrements of Tex. R. App. P.